UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARA ERESIAN, JR., *Assignee and Successor-in-Interest to Erik Krowel a/k/a Erik C. Krowel*,<br><br>Plaintiff,<br><br>v.<br><br>SANTO ARCURI, JOHN B. RAIMO, DANIEL J. ROURKE, III, TRACY KROWEL a/k/a TRACY L. KROWEL a/k/a TRACY FIORILLO a/k/a TRACY L. FIORILLO, and SHREWSBURY STREET DEVELOPMENT COMPANIES INC.,<br><br>Defendants. | Civil Action No. 4:23-cv-40028-IT |

MEMORANDUM & ORDER

November 21, 2023

TALWANI, D.J.

The facts and procedural history of this case are detailed in the court's July 26, 2023 Memorandum & Order [Doc. No. 36] and October 23, 2023 Memorandum & Order [Doc. No. 45], both of which are incorporated in full herein. Pending before the court is Defendants Arcuri and Raimo's Joint Motion for Protective Order and Order Quashing Subpoena ("Joint Motion") [Doc. No. 46] in which Defendants ask this court to enter a protective order with respect to deposition notices they received from Plaintiff and Plaintiff's *ex parte* Motion to Respond [Doc. No. 48] in which Plaintiff moves "on an ex parte basis to respond to the [Joint Motion] without the need for a [Local 7.1] conference" and seeks additional time to respond to the Joint Motion.

Pursuant to the court's November 21, 2023 Mem. and Order [Doc. No. 49] dismissing Plaintiff's claims against Defendants Tracy Fiorillo and Shrewsbury Street Development Companies, Inc., there are no remaining claims pending in this case. Accordingly, where no

claims remain on which to seek depositions, Defendants Arcuri and Raimo's <u>Motion for Protective Order and Order Quashing Subpoena</u> [Doc. No. 46] is GRANTED and Plaintiff's *ex parte* Motion to Respond is DENIED as moot.

 IT IS SO ORDERED.

 November 21, 2023

/s/ Indira Talwani<br>United States District Judge